The Clerk shall file a copy of this order in the case of New Beginnings Care, LLC, Case No. 16-10272. The Clerk shall also make a docket entry in that case (separate from the docket entry for the order itself) in the form attached to this order. The docket entry described in paragraph 4 of this order, which is to be made in Case No. 16-10285, shall be separate from the docket entry for the order itself.



SO ORDERED.
SIGNED this 16th day of August, 2016

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

Nicholas W. Whittenburg
UNITED STATES BANKRUPTCY JUDGE

---

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| New Beginnings Care, LLC, et. al. | ) | Case No.  1:16-bk-10272 NWW |
| Rockmart Healthcare & Rehab, LLC | ) | Case No.  1:16-bk-10285 NWW |
| | ) | |
| Debtors | ) | Chapter 11 |
| | ) | Jointly Administered |

**ORDER CONVERTING CHAPTER 11 CASE TO CHAPTER 7 UPON DEBTOR'S REQUEST AND SEVERING CHAPTER 7 CASE FROM JOINT ADMINISTRATION**

THIS MATTER is before the Court, on the Motion of the Debtor, Rockmart Healthcare & Rehab, LLC, to convert this Chapter 11 Case to Chapter 7 (the "Motion"). In the Motion, Debtor seeks conversion of this jointly administered chapter 11 case to chapter 7 pursuant to Section 1112(a) of the Bankruptcy Code, *Fed. R. of Bankr. P. 1017(f)(2), Fed. R. Bankr. P. 9013* and *E.D. Tenn. L.B.R. 9013-1(g)(viii)*.

1

Based upon the motion, the Court finds and concludes that the criteria for conversion of this case under 11 U.S.C. § 1112(a) is satisfied and the Motion should be granted.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. The Debtor's Chapter 11 case (1:16-bk-10285 NWW) is hereby CONVERTED to a case under chapter 7 of the Bankruptcy Code.

2. This Case is hereby SEVERED from the Order Granting Expedited Motion for Joint Administration entered on January 28, 2016 (Case No. 16-10272-NWW, Docket No. 63) (the "Joint Administration Order"), and the Joint Administration Order shall no longer apply in Debtor's Chapter 7 Case. **Counsel and parties in interest who are interested in the Chapter 7 Case should file a notice of appearance in such case using the applicable case number and should not rely upon a notice of appearance filed under the jointly administered New Beginnings case number.**

3. This Case is hereby SEVERED from the Order Establishing Notice Procedure entered on February 25, 2016 (Case No. 16-10272-NWW, Docket No. 203) (the "Limit Notice Order"), and the Limit Notice Order shall no longer apply in the Chapter 7 Case.

4. The Clerk of Court is directed to make a docket entry in the Chapter 7 Case substantially as follows:

> An order has been entered in this case SEVERING joint administration of this case from the Chapter 11 bankruptcy case of New Beginnings Care, LLC. This docket should be consulted for all matters affecting this Chapter 7 case after the date hereof.

5. The Clerk of Court shall serve a copy of this Order on all creditors and parties in interest.

### #

2

APPROVED FOR ENTRY BY:

SCARBOROUGH & FULTON

By: /s/ David J. Fulton
David J. Fulton, BPR #6102
701 Market Street, Suite 1000
Chattanooga, Tennessee 37402
(423) 648-1880
(423) 648-1881 (*facsimile*)
E-mail: DJF@sfglegal.com

Attorneys for Debtor-in-Possession

3

**Docket Entry for *In re New Beginnings Care,
LLC*, Ch. 11 Case No. 1:16-bk-10272-NWW**

An order has been entered in this case severing joint administration of the case of Rockmart Healthcare & Rehab, LLC, Case No. 16-10285. Parties in interest that case should file a notice of appearance in Case No. 16-10285 and should not rely on a notice of appearance filed in the case of New Beginnings Care, LLC, and should consult the docket of Case No. 16-10285 for all matters affecting the case after August 15, 2016.